000678.00022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80922-CIV-MIDDLEBROOKS/JOHNSON

GUY DORCINVIL, AND ALL SIMILARLY
SITUATION INDIVIDUALS,,

    Plaintiff,

vs.

MAR-A-LAGO CLUB, LLC, A FOREIGN
PROFIT CORPORATION
MAR-A-LAGO CLUB, L.L.C., L.C., A
FOREIGN LIMITED
LIABILITY COMPANY; THE TRUMP
ORGANIZATION, INC.,
A DOMESTIC BUSINESS
CORPORATION; AND TRUMP
ORGANIZATION LLC, A DOMESTIC
LIMITED LIABILITY
COMPANY,

    Defendants.
_____/

## NOTICE OF SERVING EMPLOYMENT INTERROGATORIES

    Defendant, MAR-A-LAGO CLUB, LLC, by and through undersigned attorneys, hereby gives notice that, pursuant to Rule 33 of the Federal Rules of Civil Procedure, the original and one copy of Update Interrogatories numbered 1 through 2, directed to the Plaintiff, GUY DORCINVIL, have been served upon the Plaintiff.

    WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Alan M. Aronson, Esq., Rosenthal & Levy, P.A., 1645 Palm Beach Lakes Blvd. Suite #350, West Palm Beach, FL  33401 on this12th day of February, 2008.

SELLARS, MARION & BACHI, P.A.
Attorneys for Defendant(s)
MAR-A-LAGO CLUB, LLCJEANINE GILL
811 North Olive Avenue
West Palm Beach, FL  33401
Telephone:  (561) 655-8111
Facsimile:  (561) 655-4994


By:____/s/ Steven J. Clarfield_____
    Steven J. Clarfield
    Florida Bar No.:0892610

**EMPLOYMENT INTERROGATORIES**

1. Please state the business name and business address of every employer with whom you sought employment for the past five years either by inquiring by way of application, phone calls, sent resumes or any other form of contact in which you've contacted these entities regarding employment opportunities.

2. List the names and business addresses of every person you spoke with regarding employment during the past five years to include:

   a. The dates you inquired about such employment.

   b. The type of job for which you inquired.

   c. Whether or not you provided a resume and/or cover letter or filled out an application.

_____

STATE OF FLORIDA            )
                            ) ss:
COUNTY OF _____    )

    BEFORE ME, the undersigned authority, personally appears _____, who is personally known to me or who has produced _____ as proof of identification, and who, being by me first duly sworn, deposes and says that _____ executed the foregoing Interrogatories and that they are true and correct to the best of _____ knowledge, information and belief.
    WITNESS my hand and official seal this ____ day of _____, 20___.

_____
Notary Public
State of Florida
(NOTARIAL SEAL)
My Commission Expires: