UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  07-80922-CIV-MIDDLEBROOKS/JOHNSON

GUY DORCINVIL, and all similarly
situated individuals,

      Plaintiff,

v.

MAR-A-LAGO CLUB, L.L.C., a Foreign Profit
Corporation; MAR-A-LAGO CLUB, L.L.C., L.C.,
A Foreign Limited Liability Company; THE
TRUMP ORGANIZATION, INC., A Domestic
Business Corporation; and TRUMP ORGANIZATION
LLC, a Domestic Limited Liability Company,

      Defendants.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND FOR ENLARGMENT OF TIME TO COMPLETE DISCOVERY

COMES NOW, the Plaintiff, Guy Dorcinvil, and all similarly situated individuals, ("Plaintiff"), by and through its undersigned counsel, in response to Defendants' Motion for Protective Order and for Enlargement of Time to Complete Discovery, and states the following:

1.     The instant action was brought pursuant to the Fair Labor Standards Act ("FLSA") seeking unpaid overtime wages from the Defendants from at least October 6, 2004, and continuing through June 29, 2007.

2.     On October 5, 2007, Plaintiff filed his Complaint in this matter (D.E. #1).

3.     Defendant, Mar-A-Lago Club, LLC, was served with Plaintiff's Complaint on

October 15, 2007, and filed its Answer on November 2, 2007 (D.E. #5).

4. On November 19, 2007, this court entered its Pretrial Scheduling Order (D.E. #9), setting forth a two-week trial docket beginning May 26, 2008, and a discovery cut-off of March 3, 2008.

5. With discovery cut-off rapidly approaching, Plaintiff's Counsel conferred with Counsel for Defendants, via email and numerous times by phone from January 31, 2008 through the present, in an attempt to set depositions prior to the aforementioned cut-off. All attempts to set dates were unsuccessful.

6. There was clearly an urgency to our contacts, as it was made known to us that defense counsel, Steven Clarfield, was leaving the law offices of Sellar, Marion & Bachi, P.A., and it was undecided after his departure who the successor attorney would be.

7. Counsel for Plaintiff and his assistant, made a total of nine (9) attempts to confer with defense counsel to schedule depositions; in addition to repeatedly asking who would be replacing Mr. Clarfield after his departure, before unilaterally scheduling the Depositions of Jannine Gill and Berni Griggs, both set for February 22, 2008 at the undersigned's office.

8. Additionally, on February 8, 2008, the parties conferred and agreed to schedule Mediation for February 22, 2008, with mediator Sandy Myers at the undersigned counsel's office, but on February 11, 2008, after the mediation had been set, Defense counsel's firm advised it could not go forward as it had not yet assigned an attorney to replace Mr. Clarfield in the matter.

9. With the discovery deadline approaching, and no cooperation being given9 by defense counsel, the undersigned counsel had no choice, and acted in good faith when he set the aforementioned depositions.

10. Further, the undersigned, as a last resort, does not oppose Defendants' request that this court grant an enlargement of time within which to complete discovery.

WHEREFORE, Plaintiff, Guy Dorcinvil, and all similarly situated individuals, by and through its undersigned counsel, ask this honorable court to accept its response to Defendants' Motion for Protective Order and for Enlargement of Time to Complete Discovery, and ask that this court make the appropriate decision with regard to Defendant's motion and in granting such other relief it deems just and proper under the circumstances.

Respectfully submitted,

ROSENTHAL, LEVY & SIMON, P.A.
*Attorney for Plaintiff*
1645 Palm Beach Lakes Blvd., Suite 350
West Palm Beach, Florida 33401
Telephone: (561) 478-2500
Facsimile: (561) 478-3111
Email: aaronson@rosenthallevy.com

/s/Alan M. Aronson, Esq.
ALAN M. ARONSON, ESQ.
Florida Bar No.: 895997

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing document with the Clerk of the United States District Court, Southern District of Florida, this 20th day of February, 2008, by using the CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/Alan M. Aronson, Esq.
ALAN M. ARONSON, ESQ.
Florida Bar No.: 895997

## SERVICE LIST
### Case No.:  07-80922-CIV-MIDDLEBROOKS/JOHNSON

**Steven J. Clarfield**
Sellars Marion & Bachi
Attorney for Defense
811 N Olive Avenue
PO Box 3767
West Palm Beach, FL 33402-3767
Phone: 561-655-8111
Fax: 561-655-4994
Email: sclarfield@smb-law.com