UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-80922-CIV-MIDDLEBROOKS/JOHNSON

GUY DORCINVIL, and all similarly
situated individuals,

    Plaintiff,

v.

MAR-A-LAGO CLUB, L.L.C., a Foreign Profit
Corporation; MAR-A-LAGO CLUB, L.L.C., L.C.,
A Foreign Limited Liability Company; THE
TRUMP ORGANIZATION, INC., A Domestic
Business Corporation; and TRUMP ORGANIZATION
LLC, a Domestic Limited Liability Company,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR SANCTIONS AND ATTORNEY'S FEES

COMES NOW, the Plaintiff, Guy Dorcinvil, and all similarly situated individuals, ("Plaintiff"), by and through its undersigned counsel files Plaintiff's Motion for Sanctions and Attorney's Fees, and states the following:

1. The instant action was brought pursuant to the Fair Labor Standards Act ("FLSA") seeking unpaid overtime wages from the Defendants from at least October 6, 2004, and continuing through June 29, 2007.

2. On October 5, 2007, Plaintiff filed his Complaint in this matter (D.E. #1).

1

3. Defendant, Mar-A-Lago Club, LLC, was served with Plaintiff's Complaint on October 15, 2007, and filed its Answer on November 2, 2007 (D.E. #5).

4. On November 19, 2007, this court entered its Pretrial Scheduling Order (D.E. #9), setting forth a two-week trial docket beginning May 26, 2008, and a discovery cut-off of March 3, 2008.

5. With discovery cut-off rapidly approaching, Plaintiff's Counsel conferred with Counsel for Defendants, via email and numerous times by phone from January 31, 2008 through the present, in an attempt to set depositions prior to the aforementioned cut-off. All attempts to set dates were unsuccessful.

6. There was clearly an urgency to our contacts, as it was made known to us that defense counsel, Steven Clarfield, was leaving the law offices of Sellar, Marion & Bachi, P.A., and it was undecided after his departure who the successor attorney would be.

7. Counsel for Plaintiff and his assistant, made a total of nine (9) attempts to confer with defense counsel to schedule depositions; in addition to repeatedly asking who would be replacing Mr. Clarfield after his departure, before unilaterally scheduling the Depositions of Jannine Gill and Berni Griggs, both set for February 22, 2008 at the undersigned's office.

8. Additionally, on February 8, 2008, the parties conferred and agreed to schedule Mediation for February 22, 2008, with mediator Sandy Myers at the undersigned counsel's office, but on February 11, 2008, after the mediation had been set, Defense counsel's firm advised it could not go forward as it had not yet assigned

an attorney to replace Mr. Clarfield in the matter.

9. With the discovery deadline approaching, and no cooperation being given by defense counsel, the undersigned counsel had no choice, and acted in good faith when he set the aforementioned depositions.

10. On February 14, 2008, Defense counsel simultaneously filed its Motion for Protective Order (D.E. #20) and Motion for Extension of Time to Complete Discovery (D.E. #21), and on February 20, 2008, the undersigned filed his response (D.E. #24).

11. On February 25, 2008, this court entered an order denying Defendant's motions based on the fact that it did not find good cause to issue a protective order, and with Defendant's failure to provide compelling circumstances no extension of time was granted (D.E. #25).

12. Defense witnesses Jannine Gill and Berni Griggs were scheduled to be deposed on February 22, 2008, at the undersigned's office, but did not appear for deposition. As of this date, Defendant's counsel has not attempted to contact Plaintiff's counsel to discuss the aforementioned witnesses' failure to appear at deposition.

13. Due to the fact that deponents did not show, Certificates of Non-Appearance were taken by the undersigned, and are attached hereto as Exhibit "A" and Exhibit "B," taken by Court Reporter Teresa Y. Leonhart.

14. Due to Defendants uncooperative nature and failure to appear for deposition, Plaintiff has been force to incur unnecessary costs at Defendant's expense.

15. Plaintiff requests that the Court enter an order compelling Defendant to pay costs associated with the appearance and cancellation fees associated with the court reporter, attorney's time spent in preparing for and scheduling these depositions as well as time spent waiting for counsel and Defendant's witnesses to arrive, in addition to Attorney's fees and costs necessitated by the preparation and filing of this motion to Plaintiff's counsel by Defendant.

WHEREFORE, Plaintiff, Guy Dorcinvil, and all similarly situated individuals respectfully requests this honorable court grant his Motion for Sanctions, Attorney's Fees and Costs against Defendant based on Defendant's failure to have its witnesses appear for deposition by Plaintiff's counsel, in its entirety, and for such other and further relief as this court deems proper.

Respectfully submitted,

ROSENTHAL, LEVY & SIMON, P.A.
*Attorney for Plaintiff*
1645 Palm Beach Lakes Blvd., Suite 350
West Palm Beach, Florida 33401
Telephone: (561) 478-2500
Facsimile: (561) 478-3111
Email: aaronson@rosenthallevy.com

/s/Alan M. Aronson, Esq.
ALAN M. ARONSON, ESQ.
Florida Bar No.: 895997

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have electronically filed the foregoing document with the Clerk of the United States District Court, Southern District of Florida, this ____ day of February, 2008, by using the CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive

electronically Notice of Electronic Filing.

/s/Alan M. Aronson, Esq.
ALAN M. ARONSON, ESQ.
Florida Bar No.: 895997

## SERVICE LIST
### Case No.: 07-80922-CIV-MIDDLEBROOKS/JOHNSON

**Steven J. Clarfield**
Sellars Marion & Bachi
Attorney for Defense
811 N Olive Avenue
PO Box 3767
West Palm Beach, FL 33402-3767
Phone: 561-655-8111
Fax: 561-655-4994
Email: sclarfield@smb-law.com