UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80922-CIV-MIDDLEBROOKS/JOHNSON

Guy Dorcinvil, and all similarly situated individuals,

    Plaintiff,

vs.

Mar-A-Lago Club, Inc., a foreign profit corporation; Mar-A-Lago Club, L.L.C., L.C., a foreign limited liability company; The Trump Organization, Inc., a domestic business corporation; and Trump Organization, L.L.C., a domestic limited liability company,

    Defendants.

**ORIGINAL**

## CERTIFICATE OF NON-APPEARANCE

I, TERESA Y. LEONHART, Registered Professional Reporter, declare that I was present for the deposition of BERNI GRIGGS, employer representative with most knowledge of hiring, firing, salary, payroll and work schedules pertaining to defendant scheduled for February 22, 2008 at 1:00 p.m. at 1645 Palm Beach Lakes Boulevard, Suite 350, and that the deponent did not appear by 1:30 p.m.

Under penalties of perjury, I declare that the facts stated in the foregoing certificate are true.

DATED this 22nd day of February, 2008.

_____
TERESA Y. LEONHART, R.P.R.
Independent Court Reporting
400 Executive Center Drive
Suite 107
West Palm Beach, FL 33401
(561) 697-9092

PLAINTIFF'S EXHIBIT "A"