UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-80922-CIV-MIDDLEBROOKS/JOHNSON

GUY DORCINVIL, and all similarly
situated individuals,

    Plaintiff,

v.

MAR-A-LAGO CLUB, L.L.C., a Foreign Profit
Corporation; MAR-A-LAGO CLUB, L.L.C., L.C.,
A Foreign Limited Liability Company; THE
TRUMP ORGANIZATION, INC., A Domestic
Business Corporation; and TRUMP ORGANIZATION
LLC, a Domestic Limited Liability Company,

    Defendants.
_____/

## REPORT OF CIVIL MEDIATION

A mediation conference was held on March 20, 2008 for the above-styled case. Mediator ALEXANDER MYERS conducted the proceedings.

✓    1.    All parties, corporate representatives, and/or required claims professionals were present with full authority to negotiate settlement

_____ 2.    All parties, corporate representatives, and/or required claims professionals were present with full authority to negotiate settlement, except:_____

The result of the conference is as follows:

✓    The conflict has been completely resolved.
_____ The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issue still require Court resolution:
_____
_____

_____ Other: FORMAL SETTLEMENT AGREEMENT TO FOLLOW
_____

Case set for trial:_____

Dated this 21 day of March, 2008.

ALEXANDER MYERS, Mediator

## SERVICE LIST
Case No.:   07-80922-CIV-MIDDLEBROOKS/JOHNSON

Steven J. Clarfield
Sellars, Marion & Bachi, P.A.
*Counsel for Defendant*
811 North Olive Avenue
West Palm Beach, FL  33401
Tel: (561) 655-8111
Fax: (561) 655-4994